CHARLES BESSEY, Respondent, v. JOHN DRISCOLL, Appellant, Impleaded with UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Defendant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York. on the Complaint of LOUISE SUFFA, Respondent, v. JOHN SCHNEIDER, Appellant — Order of filiation of the Court of Special Sessions reversed on the facts, and new trial ordered. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of KATE GEORGE, Respondent, v. ANTHONY DEMEIRI, Appellant.— Order of filiation of the Court of Special Sessions affirmed. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox, and Young, JJ., concur.

THOMAS CONNORS, Appellant, v. TURNER & BLANCHARD, INC., Respondent.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

JEROME F. COX, Appellant, v. ROBINS DRY DOCK AND REPAIR COMPANY, Respondent.— Judgment affirmed, with costs, on the ground that there was no evidence of negligence on the part of the defendant. Blackmar, P. J., Rich, Kelly and Young, JJ., concur; Jaycox, J., dissents and votes to reverse.

EVA DE MILT, Respondent, v. JAMES H. HART, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.